IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| JOEL P. GALBIATI, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Civil Action No. 19-116 |
| LIEUTENANT KULIGK, et al., | ) | |
| Defendants. | ) | |

## **O R D E R**

After plaintiff filed an action in the above-captioned case, and after a Report and Recommendation was filed by the United States Magistrate Judge recommending dismissal for failure to prosecute and granting plaintiff a period of time after being served with a copy to file written objections thereto, and upon consideration of the objections filed by plaintiff, (ECF No. 21), and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, (ECF No. 19), which is adopted as the opinion of this Court,

It is hereby **ORDERED** that plaintiff's complaint shall be dismissed for failure to prosecute and the Clerk of Court shall mark this case closed.

It is further **ORDERED** that pursuant to Rule 4(a)(1) of the Federal Rules of Appellate Procedure if the plaintiff desires to appeal from this Order he must do so within thirty (30) days by filing a notice of appeal as provided in Rule 3, Fed. R. App. P.

**SO ORDERED** this 19th day of November, 2019.

s/ Arthur J. Schwab
Arthur J. Schwab
United States District Judge

cc: All counsel of record